UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

JUAN PEREZ
    Plaintiff,

v.                                                    Case No.: 6:22-cv-1133

MARGARITAS V & P, INC.
    Defendants.
_____/

**CERTIFCATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

Defendant, COASTAL WELLNESS AND LIFE COACHING CENTER, LLC, hereby discloses the following pursuant to this Court's Order on Interested Persons And Corporate Disclosure Statement:

    1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- Plaintiff, Juan Perez
- Defendant, Margaritas V&P, Inc.
- Arcadier, Biggie & Wood, PLLC, Counsel for Defendant;
- Joseph C. Wood, Esq.;

    2.) the name of every other entity whose publicly-traded stock, equity, or

debt may be substantially affected by the outcome of the proceedings:

- UNKNOWN

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

- NONE

4.) the name of each victim (individual and corporate), including every person who may be entitled to restitution:

- Juan Perez

5.) Check one of the following:

  X   a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

-or

 _____  b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain).

ARCADIER, BIGGIE & WOOD, PLLC

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839

Attorney for Defendant

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system on this 11th day of July 2022.

ARCADIER, BIGGIE and WOOD, PLLC

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
Maurice Arcadier, Esquire
Florida Bar No. 0131180
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: Office@ABWlegal.com
Secondary Email: Wood@ABWlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075