UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Lisa Lynch
    Plaintiff,

v.                                                  Case No.:   6:22-cv-01123

Coastal Wellness and Life
Coaching Center, LLC
    a Florida Limited Liability Company,
    Defendant
_____/

**RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant Coastal Wellness and Life Coaching Center, LLC ("Coastal") by and through the undersigned attorney files this Response to Plaintiff's Lisa Lynch (Hereinafter, "Plaintiff") Motion for Extension of Time [Doc. 17] and states as follows:

1. On November 30, 2022, at 1:48 pm, Plaintiff's counsel emailed the undersigned stating that a settlement report was due and suggested we file a notice to the Court that we have exhausted all efforts of settlement[1].

2. Twelve (12) minutes later, at 2:00 pm the undersigned responded to Plaintiff's counsel and stated that we were still waiting on Plaintiff to provide a breakdown of their damages, fees, and costs and to review the significant coverage

---

[1] Exhibit A.

1

issues[2]. This was initially requested on October 10, 2022[3] and again on October 27, 2022[4].

3.     On October 27th, Plaintiff initially wanted to inform the Court that we had exhausted all efforts to settle this case, however Defendant suggested that was not an accurate representation of the parties' efforts, primarily because Plaintiff had not yet provided her breakdown of damages to evaluate her claims or investigated coverage issues which were previously identified. The undersigned suggested a settlement conference with a magistrate, however the Parties decided to request for more time to explore settlement.

4.     On October 31, 2022, the Parties requested more time to explore settlement and allow Plaintiff to provide the breakdown of her damages and investigate its coverage issues. Doc. 15

5.     Plaintiff has not provided any breakdown of her damages, whether she is seeking damages for a period of time when she was not employed by Defendant, or any explanation as to whether Defendant is covered by the laws cited in her complaint. Indeed, Plaintiff has not made any good faith effort to settle

---

[2] Based on this response, Plaintiff misrepresents the grounds for its motion for an extension of time and its 3.01g certification.
[3] Exhibit B
[4] Exhibit C

her claims whatsoever.  In the latest email exchange, the undersigned, once again, suggested a settlement conference with a magistrate. No response was provided.

**WHEREFORE,** Defendant Coastal Wellness and Life Coaching Center, LLC respectfully request that the Court order the Parties to attend a settlement conference before a United States Magistrate

*/s/ Joseph C. Wood, Esquire*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the original of the foregoing was filed with the Clerk of Court by using the CM/ECF system on this 30th day of November 2022.

ARCADIER, BIGGIE and WOOD, PLLC

*/s/ Joseph C. Wood, Esquire*
Joseph C. Wood, Esquire
Florida Bar No.: 0093839
Maurice Arcadier, Esquire
Florida Bar No. 0131180
2815 W. New Haven, Suite 304
Melbourne, Florida 32904
Primary Email: Office@ABWlegal.com
Secondary Email: Wood@ABWlegal.com
Phone: (321) 953-5998
Fax: (321) 953-6075