## Joseph C. Wood

| | |
|---|---|
| **From:** | Joseph C. Wood |
| **Sent:** | Wednesday, November 30, 2022 2:00 PM |
| **To:** | 'Edward Wimp' |
| **Cc:** | Michael Augello; M Arcadier; Elizabeth |
| **Subject:** | RE: Lynch - FLSA Settlement Report |
| **Attachments:** | RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: Lynch v. Coastal Wellness - FLSA Settlement Conference; Lynch v. Coastal Wellness |

Mr. Wimp,

You will recall that we are waiting on you.

On October 10, 2022 I sent you an email with documentation and requested that you provide me with a breakdown of your $_____ offer by category of damage and, separately, your fees and costs. (attached) You never responded.

On October 27, 2022, I resent the email to you and explained that I was still waiting on a breakdown of your offer.(attached) I explained that it would be a misrepresentation to the court to say that we have exhausted attempts to settle when, in fact, you had not made any attempt to do so. Following this email, we informed the court that we would like time to continue negotiations. I have heard nothing from you since then.

So, once again, I think it is a misrepresentation to the court that we have exhausted settlement negotiations when you have yet to articulate your damages. At this point, I think it would be best to have a settlement conference before a Magistrate judge.

Sincerely,

## Joseph C. Wood, Esq.

Partner



**Tel:** (321) 953-5998
**Email:** Wood@MelbourneLegalTeam.com
**Web:** www.MelbourneLegalTeam.com

THIS COMMUNICATION, ALONG WITH ANY ATTACHMENTS, MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR A PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, PRINTING, DISTRIBUTION, FORWARDING, OR USE OF ANY INFORMATION CONTAINED IN OR ATTACHED TO THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY RETURN E-MAIL OR TELEPHONE AND DESTROY THE ORIGINAL E-MAIL AND ITS ATTACHMENTS WITHOUT READING, PRINTING, SAVING OR FORWARDING IN ANY MANNER. YOUR COOPERATION IS GREATLY APPRECIATED.

**From:** Edward Wimp <ewimp@theleachfirm.com>
**Sent:** Wednesday, November 30, 2022 1:48 PM
**To:** Joseph C. Wood <wood@melbournelegalteam.com>

**Cc:** Michael Augello <maugello@theleachfirm.com>
**Subject:** Lynch - FLSA Settlement Report

Counsel,

Our settlement report is due today. We still haven't received any counteroffer from your client, and it's therefore probably best to declare that our settlement efforts have been exhausted and proceed with completing our case management report. What is your availability to meet regarding the case management report?

Thanks,

**Edward W. Wimp, Esquire**

Attorney



631 S. Orlando Ave, Suite 300

Wells Fargo Building

Winter Park, FL 32789

P: 407-574-6339

C: 773-896-8732

F: 833-423-5864

www.theleachfirm.com

*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

3