## Joseph C. Wood

| | |
|---|---|
| **From:** | Joseph C. Wood |
| **Sent:** | Thursday, October 27, 2022 12:22 PM |
| **To:** | Michael Augello; Elizabeth; M Arcadier |
| **Cc:** | Edward Wimp; Jerryliane Castro |
| **Subject:** | RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: Lynch v. Coastal Wellness - FLSA Settlement Conference |
| **Attachments:** | Lynch v. Coastal Wellness |

    I'm not sure this is an accurate representation. When we last spoke, I requested that Mr. Wimp provide me with a breakdown of the damages claimed in his $▇▇▇▇▇ offer, to look into whether you are claiming damages for a time period when your client did not work due to covid and her children, and to look into the coverage issue for each of the claims. Those issues are detailed in my October 10, 2020 email(attached). I followed up on Tuesday, but still haven't heard anything. Based on this, I think it's a bit of a stretch to say that we have exhausted all efforts to settle, where your side has made no effort whatsoever. I think this may be a case where it would be beneficial to hold a settlement conference before a magistrate. I have had good luck with these conferences in the past and I would expect the same in this case.  If for some reason you disagree, please let me know why.

    Separately, I asked Mr. Wimp to provide a complete answer to the court interrogatory #9 pertaining to the fees and costs incurred in this case. Your response lacks the rates charged and hours expended. I explained to him that I did not want to file a motion to compel, but I would if a complete answer was not provided. I still have not heard anything, so it seems as though I have no choice but to move to compel. Please consider this a final effort per 3.01g to resolve the issue.

Sincerely,

**Joseph C. Wood, Esq.**
Partner



**LAW OFFICES OF ARCADIER, BIGGIE & WOOD**
A Full Service, AV Rated Law Firm

Tel: (321) 953-5998
Email: Wood@MelbourneLegalTeam.com
Web: www.MelbourneLegalTeam.com

THIS COMMUNICATION, ALONG WITH ANY ATTACHMENTS, MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR A PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, PRINTING, DISTRIBUTION, FORWARDING, OR USE OF ANY INFORMATION CONTAINED IN OR ATTACHED TO THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY RETURN E-MAIL OR TELEPHONE AND DESTROY THE ORIGINAL E-MAIL AND ITS ATTACHMENTS WITHOUT READING, PRINTING, SAVING OR FORWARDING IN ANY MANNER. YOUR COOPERATION IS GREATLY APPRECIATED.

**From:** Michael Augello <maugello@theleachfirm.com>
**Sent:** Thursday, October 27, 2022 11:58 AM
**To:** Elizabeth <Elizabeth@melbournelegalteam.com>; Joseph C. Wood <wood@melbournelegalteam.com>; M Arcadier <arcadier@melbournelegalteam.com>

**Cc:** Edward Wimp <ewimp@theleachfirm.com>; Jerryliane Castro <jcastro@theleachfirm.com>
**Subject:** RE: [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: Lynch v. Coastal Wellness - FLSA Settlement Conference

Attached is a draft for your approval. Thank you.

Best Regards,

Michael J. Augello
Paralegal

The Leach Firm, P.A.
631 S. Orlando Ave., Suite 300
Winter Park, FL 32789
Direct:     407-543-6613
Fax:         833-813-7513
Email:      maugello@theleachfirm.com

*Employment* l *Personal Injury* l *Workers' Compensation*



*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

---

**From:** Elizabeth <Elizabeth@melbournelegalteam.com>
**Sent:** Thursday, October 27, 2022 11:55 AM
**To:** Michael Augello <maugello@theleachfirm.com>; Joseph C. Wood <wood@melbournelegalteam.com>; M Arcadier <arcadier@melbournelegalteam.com>
**Cc:** Edward Wimp <ewimp@theleachfirm.com>; Jerryliane Castro <jcastro@theleachfirm.com>
**Subject:** [EXTERNAL EMAIL]RE: [EXTERNAL EMAIL]RE: Lynch v. Coastal Wellness - FLSA Settlement Conference

Mr. Augello,
Per the scheduling order the Report regarding the settlement conference is due on Monday, October 31st notifying the court of where the parties are in the settlement discussions . Would you kindly email an update on what you intend to file on October 31st.
Thank you.

# Elizabeth Waryk, FRP
Paralegal

**Tel:** (321) 953-5998
**Email:** Elizabeth@MelbourneLegalTeam.com
**Web:** www.MelbourneLegalTeam.com



THIS COMMUNICATION, ALONG WITH ANY ATTACHMENTS, MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR A PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, PRINTING, DISTRIBUTION, FORWARDING, OR USE OF ANY INFORMATION CONTAINED IN OR ATTACHED TO THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY RETURN E-MAIL OR TELEPHONE AND DESTROY THE ORIGINAL E-MAIL AND ITS ATTACHMENTS WITHOUT READING, PRINTING, SAVING OR FORWARDING IN ANY MANNER. YOUR COOPERATION IS GREATLY APPRECIATED.

**From:** Michael Augello <maugello@theleachfirm.com>
**Sent:** Monday, September 12, 2022 12:08 PM
**To:** Joseph C. Wood <wood@melbournelegalteam.com>; M Arcadier <arcadier@melbournelegalteam.com>; Elizabeth <Elizabeth@melbournelegalteam.com>
**Cc:** Edward Wimp <ewimp@theleachfirm.com>; Jerryliane Castro <jcastro@theleachfirm.com>
**Subject:** RE: [EXTERNAL EMAIL]RE: Lynch v. Coastal Wellness - FLSA Settlement Conference

Thank you. Ed will call you then on (321) 953-5998.

Best Regards,

Michael J. Augello
Paralegal

The Leach Firm, P.A.
631 S. Orlando Ave., Suite 300
Winter Park, FL 32789
Direct:    407-543-6613
Fax:       833-813-7513
Email:     maugello@theleachfirm.com

*Employment* **l** *Personal Injury* **l** *Workers' Compensation*



*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*

**From:** Joseph C. Wood <wood@melbournelegalteam.com>
**Sent:** Monday, September 12, 2022 11:51 AM
**To:** Michael Augello <maugello@theleachfirm.com>; M Arcadier <arcadier@melbournelegalteam.com>; Elizabeth

<Elizabeth@melbournelegalteam.com>
**Cc:** Edward Wimp <ewimp@theleachfirm.com>; Jerryliane Castro <jcastro@theleachfirm.com>
**Subject:** [EXTERNAL EMAIL]RE: Lynch v. Coastal Wellness - FLSA Settlement Conference

Lets do October 10 at 1pm

Sincerely,

# Joseph C. Wood, Esq.

Partner

**Tel:** (321) 953-5998
**Email:** Wood@MelbourneLegalTeam.com
**Web:** www.MelbourneLegalTeam.com

---

THIS COMMUNICATION, ALONG WITH ANY ATTACHMENTS, MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR A PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, PRINTING, DISTRIBUTION, FORWARDING, OR USE OF ANY INFORMATION CONTAINED IN OR ATTACHED TO THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY RETURN E-MAIL OR TELEPHONE AND DESTROY THE ORIGINAL E-MAIL AND ITS ATTACHMENTS WITHOUT READING, PRINTING, SAVING OR FORWARDING IN ANY MANNER. YOUR COOPERATION IS GREATLY APPRECIATED.

---

**From:** Michael Augello <maugello@theleachfirm.com>
**Sent:** Monday, September 12, 2022 11:39 AM
**To:** Joseph C. Wood <wood@melbournelegalteam.com>; M Arcadier <arcadier@melbournelegalteam.com>; Elizabeth <Elizabeth@melbournelegalteam.com>
**Cc:** Edward Wimp <ewimp@theleachfirm.com>; Jerryliane Castro <jcastro@theleachfirm.com>
**Subject:** Lynch v. Coastal Wellness - FLSA Settlement Conference

Dear Counsel:

Pursuant to the FLSA Scheduling Order, we must conduct a settlement conference by October 10, 2022. Please let me know which date and start time is available for you. Thank you.

9/26 - start between noon and 3:00 pm
10/3 - start between noon and 3:00 pm
10/10 – start between noon and 3:00 pm

Best Regards,

Michael J. Augello
Paralegal

The Leach Firm, P.A.
631 S. Orlando Ave., Suite 300
Winter Park, FL 32789
Direct:     407-543-6613
Fax:        833-813-7513
Email:      maugello@theleachfirm.com

4

*Employment* **l** *Personal Injury* **l** *Workers' Compensation*



*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*