UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LISA LYNCH,

    **Plaintiff,**

vs.

COASTAL WELLNESS AND
LIFE COACHING CENTER,
LLC, A Florida Limited
Liability Company,

    **Defendant.**

CASE NO.: 6:22-CV-01123-CEM-DAB

_____/

**PLAINTIFF'S OPPOSED MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT**

Plaintiff, LISA LYNCH ("Plaintiff"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 15(a)(2), hereby files this Motion for Leave to File Amended Complaint, and in support thereof states as follows:

**PROCEDURAL HISTORY**

1.    Plaintiff filed her original Complaint with the Eighteenth Judicial Circuit, in and for Brevard County, on January 24, 2022.

2.    Defendant, COASTAL WELLNESS AND LIFE COACHING CENTER, LLC, removed the matter to this Court on June 29, 2022 [Doc 1].

3.    Defendant has provided documents in the initial Rule 26

disclosure process that has led Plaintiff's counsel to believe that a second Defendant should be added to the case.

4. Research conducted on January 4, 2022, on Sunbiz.org indicated that both Coastal Wellness and Life Coaching Center, LLC (the current Defendant) and Coastal Wellness, LLC operate out of the same physical location with the same Registered Agent and same Authorized Persons. See Exhibit A.

5. Both entities currently have an "active" status with the State of Florida.

6. Defendant has repeatedly indicated to Plaintiff's counsel, amongst other possible defenses, that it does not meet the required revenue threshold of $500,000.00.

7. However, this possible defense has only been applied to Coastal Wellness and Life Coaching Center, LLC.

8. Of interest, "Coastal Wellness" filed with the Division of Corporations in Florida (Sunbiz.org) shortly after receiving a Demand Letter from Plaintiff's counsel.

9. Plaintiff now seeks to amend her Complaint to add Coastal Wellness, LLC, as an additional Defendant as the combined revenues of both entities could exceed the revenue threshold of $500,000.00.

10. By filing this Motion, Plaintiff is not conceding that the current

Defendant alone fails to exceed the revenue threshold. Discovery will be conducted on that issue.

11. This Motion is not being filed to cause undue delayed.

12. Granting this Motion will not prejudice either party.

13. Plaintiff's proposed Amended Complaint is attached as Exhibit B.

## MEMORANDUM OF LAW

Pursuant to Federal Rule of Civil Procedure 15(a)(2), a party "may amend is pleading only with the opposing party's written consent or the court's leave. The Court should freely five leave when justice to requires." *See* F.R.C.P. 15(a)(2). "The grant or denial of an opportunity to amend is within the discretion of the district court." *Domke v. MRS BPO, LLC*, No. 8:19-CV-1442-T-36AEP, 2020 WL 513807, at *5 (M.D. Fla. Jan. 31, 2020). A district court may deny a motion to amend on numerous grounds, including undue delay, undue prejudice to the defendant(s), and futility of the amendment. *Id.* Although the Court has discretion to deny pleading amendments under Federal Rule of Civil Procedure 15(a), there is a strong preference in the Eleventh Circuit for allowing them. *Id.* citing *Burger King Corp. v. Weaver*, 169 F.3d 1310, 1319 (11th Cir. 1999).

Plaintiff seeks to amend her Complaint to add another Defendant after Defendant. Plaintiff files this Motion immediately after her discovery of a possible second related Defendant.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests this Honorable Court allow leave to amend her Complaint to add a second Defendant.

## 3.01(g) GOOD FAITH CONFERENCE

The forgoing was discussed with counsel for Defendants and they oppose to the relief sought herein.

Dated this _12th_ day of January, 2023.

Respectfully submitted by,

Respectfully submitted,
**s/** Edward W. Wimp
Carlos V. Leach, Esquire
FBN: 0540021
Edward W. Wimp, Esquire
FBN: 1015586
Anthony Hall, Esquire
FBN: 0040924
THE LEACH FIRM, P.A.
631 S. Orlando Ave., Suite 300
Winter Park, FL 32789
Telephone: (407) 574-4999
Facsimile: (833) 813-7513
Email: cleach@theleachfirm.com
Email: ewimp@theleachfirm.com
Email: ahall@theleachfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __12th__ day of **January**, **2023**, the above was filed using the CM/ECF system which will send a copy via electronic mail to Defense Counsel.

**/s/ Edward W. Wimp**
Edward W. Wimp, Esquire