

Department of State / Division of Corporations / Search Records / Search by Officer/Registered Agent Name /

# Detail by Officer/Registered Agent Name

Florida Limited Liability Company
COASTAL WELLNESS AND LIFE COACHING CENTER LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L18000132438 |
| **FEI/EIN Number** | 83-0744019 |
| **Date Filed** | 05/29/2018 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT AND NAME CHANGE |
| **Event Date Filed** | 06/12/2018 |
| **Event Effective Date** | NONE |

**Principal Address**

3270 SUNTREE BLVD.
SUITE 103A
MELBOURNE, FL 32940

Changed: 02/02/2021

**Mailing Address**

3270 SUNTREE BLVD.
SUITE 103A
MELBOURNE, FL 32940

Changed: 01/21/2020

**Registered Agent Name & Address**

HUGHEY, NEELEY Renee
3270 SUNTREE BLVD.
SUITE 103A
MELBOURNE, FL 32940

Name Changed: 02/21/2022

Address Changed: 02/21/2022

**Authorized Person(s) Detail**

**Name & Address**

Title AMBR

# EXHIBIT A

Hughey, Neeley Renee
3270 SUNTREE BLVD.
SUITE 103A
MELBOURNE, FL 32940

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2020 | 03/20/2020 |
| 2021 | 02/02/2021 |
| 2022 | 02/21/2022 |

**Document Images**

| | |
|---|---|
| 02/21/2022 -- ANNUAL REPORT | View image in PDF format |
| 02/02/2021 -- ANNUAL REPORT | View image in PDF format |
| 03/20/2020 -- ANNUAL REPORT | View image in PDF format |
| 02/11/2019 -- ANNUAL REPORT | View image in PDF format |
| 06/12/2018 -- LC Amendment and Name Change | View image in PDF format |
| 05/29/2018 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Search by Officer/Registered Agent Name /

# Detail by Officer/Registered Agent Name

Florida Limited Liability Company
COASTAL WELLNESS, LLC

**Filing Information**

**Document Number** L21000350311
**FEI/EIN Number** 87-2035291
**Date Filed** 08/03/2021
**State** FL
**Status** ACTIVE

**Principal Address**

3270 SUNTREE BLVD STE103A
MELBOURNE, FL 32940

**Mailing Address**

3270 SUNTREE BLVD STE103A
MELBOURNE, FL 32940

**Registered Agent Name & Address**

HUGHEY, NEELEY RENEE
3270 SUNTREE BLVD STE103A
MELBOURNE, FL 32940

Name Changed: 02/21/2022

Address Changed: 02/21/2022

**Authorized Person(s) Detail**

**Name & Address**

Title MGR

HUGHEY, NEELEY
3270 SUNTREE BLVD STE103A
MELBOURNE, FL 32940

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 02/21/2022 |

**Document Images**

| | |
|---|---|
| [02/21/2022 -- ANNUAL REPORT](#) | View image in PDF format |
| [08/03/2021 -- Florida Limited Liability](#) | View image in PDF format |

Florida Department of State, Division of Corporations