## Joseph C. Wood

| | |
|---|---|
| **From:** | Joseph C. Wood |
| **Sent:** | Thursday, January 12, 2023 9:00 PM |
| **To:** | Edward Wimp |
| **Cc:** | Michael Augello; Elizabeth; M Arcadier |
| **Subject:** | Re: Lynch - Motion to Amend Complaint |

Mr. Wimp,

    I normally do not object to a party's request for leave to file a first amended complaint, however there are so many issues with your proposed complaint that I feel obligated to do so.

    Based on your motion for leave it appears that you are attempting to establish enterprise coverage under the Single Enterprise theory, however a single enterprise does not establish liability for both defendants. Moreover, there is no dispute that the proposed defendant was not formed until 6 months after Plaintiff's tenure.  As such, your attempt to hold the new defendant liable, whether it be under the single enterprise or joint employer theory, is factually and legally baseless; especially for the year 2020. If you have some caselaw to suggest otherwise I would be happy to review it, but I am not aware of any.

    Setting that aside, you have Defendant's taxes which show only $90,324 in revenue for 2021. That means that you will need to show that this new company was able to generate $ 409,676.00 in revenue between its formation in August 2021 and the end of the year. You won't be able to do this because the proposed defendant has $0.00 in revenue over the course of its existence. I don't expect you to take my word for it, but considering the evidence that you have in your possession which shows that the business had less than $100,000 in revenue per year for 2020 and 2021, do you really think this new company was able to more than quadruple its annual revenues in the fourth quarter of 2021?

    Also, I would suggest that the styling of the proposed complaint identify the Middle District of Florida, not Brevard County, and plead a basis for federal jurisdiction as opposed to circuit court jurisdiction, as you have done in paragraph 5. Of course, this is a minor issue and not the primary reason my objection, but I would suggest that you make that change before you file your motion.

    Please understand that this is not an exhaustive list of all the issues with your complaint but should be sufficient for purposes of 3.01(g) to explain why we object to your motion for leave. If the Court grants your request for leave, we will address the remaining issues accordingly.

    If you have any questions, please do not hesitate to contact me.

Sincerely,

## Joseph C. Wood, Esq.
Partner

**Tel:** (321) 953-5998
**Email:** Wood@MelbourneLegalTeam.com
**Web:** www.MelbourneLegalTeam.com



1

THIS COMMUNICATION, ALONG WITH ANY ATTACHMENTS, MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, PRIVILEGED OR OTHERWISE EXEMPT FROM DISCLOSURE. IF YOU ARE NOT THE INTENDED RECIPIENT OR A PERSON RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, PRINTING, DISTRIBUTION, FORWARDING, OR USE OF ANY INFORMATION CONTAINED IN OR ATTACHED TO THIS E-MAIL IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY RETURN E-MAIL OR TELEPHONE AND DESTROY THE ORIGINAL E-MAIL AND ITS ATTACHMENTS WITHOUT READING, PRINTING, SAVING OR FORWARDING IN ANY MANNER. YOUR COOPERATION IS GREATLY APPRECIATED.

**From:** Edward Wimp <ewimp@theleachfirm.com>
**Date:** Thursday, January 12, 2023 at 4:09 PM
**To:** Joseph C. Wood <wood@melbournelegalteam.com>
**Cc:** Michael Augello <maugello@theleachfirm.com>, Elizabeth <Elizabeth@melbournelegalteam.com>
**Subject:** Lynch - Motion to Amend Complaint

Joseph,

We will be filing the attached Motion/Exhibits. Please advise of your position for 3.01(g) purposes.

Thanks,

**Edward W. Wimp, Esquire**

Attorney



631 S. Orlando Ave, Suite 300

Wells Fargo Building

Winter Park, FL 32789

P:  407-574-6339

C: 773-896-8732

F:  833-423-5864

www.theleachfirm.com

*The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.*